IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-61785-CV-DIMITROULEAS/SELTZER

MICHAEL S. SUSSMAN,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF HIGHWAY
SAFETY & MOTOR VEHICLES,
FLORIDA HIGHWAY PATROL,
MICHAEL R. OLACIREGUI, AUSTIN
BENNETT, JOHN DOE, and
ADDITIONAL UNKNOWN PARTIES,

    Defendants.
_____/

### DEFENDANTS MICHAEL R. OLACIREGUI AND AUSTIN BENNETT'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNT V OF SECOND AMENDED COMPLAINT

Defendants MICHAEL R. OLACIREGUI ("OLACIREGUI") and AUSTIN BENNETT ("BENNETT"), by and through undersigned counsel, hereby file their Answer and Affirmative Defenses to Count V of Second Amended Complaint and state:

Count V
Common Law Imprisonment

As to the unnumbered paragraph, Defendants adopt and reallege all responses to paragraphs 1 through 27 with the same force and effect as if fully set forth herein.

28.    All allegations contained in paragraph 28 are denied.

29.    All allegations contained in paragraph 29 are denied.

30.    All allegations contained in paragraph 30 are denied.

31.     Defendants deny that the Plaintiff is entitled to any form of equitable or legal relief.

## Affirmative Defenses

1.      Defendants hereby adopt and incorporate in entirety their Affirmative Defenses as contained in Defendants Michael R. Olaciregui and Austin Bennetts' Answer and Affirmative Defenses to Second Amended Complaint [D.E. #28].

2.      Defendants assert that any and all injuries or damages suffered by the Plaintiff were caused in whole or in part by the Plaintiff's own negligence or wrongful acts and/or misconduct.

3.      Plaintiff fails to state a claim upon which relief can be granted pursuant to Florida Statutes §768.28.

4.      This action is barred by the Eleventh Amendment to the United States Constitution.

5.      Defendant reserves the right to amend and supplement these affirmative defenses adding such additional affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

Respectfully submitted,

CHARLES J. CRIST, JR.
ATTORNEY GENERAL

s/Valerie J. Martin_____
Valerie J. Martin
Assistant Attorney General
Florida Bar No: 0124133
Counsel for Defendants

OFFICE OF THE ATTORNEY GENERAL
110 S.E. 6th Street, 10th Floor
Fort Lauderdale, Florida 33301
Telephone:   954-712-4600
Facsimile:   954-712-4708

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF electronic filing system and have furnished a true and correct copy via U.S. Mail to the person(s) listed below, on this 7th day of August, 2006:

Steven Elliott Brooks, Esq.
2800 Island Boulevard, Apt. 2205
Aventura, Florida 33160

s/Valerie J. Martin_____
Valerie J. Martin