UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-61785-CIV-DIMITROULEAS

MICHAEL S. SUSSMAN,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND
MOTOR VEHICLES, et al.,

    Defendants.
_____/

## NOTICE OF FILING OF SETTLEMENT STIPULATION AND STIPULATION TO DISMISS CASE

The Parties, by and through undersigned counsel, hereby submits this Notice of Filing Settlement Stipulation and Stipulation to Dismiss Case. The attached is the Stipulation, which has been executed by both parties.

Respectfully submitted,

BILL McCOLLUM
ATTORNEY GENERAL

s/ Jeffrey F.Mahl
Jeffrey F. Mahl (Fla. Bar No: 0743940)
Senior Assistant Attorney General
jeffrey_mahl@oag.state.fl.us
OFFICE OF THE ATTORNEY GENERAL

1515 North Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Telephone:   561-837-5000
Facsimile:   561-837-5102
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have furnished a true and correct copy of the foregoing via U.S. Mail on this 23rd day of January, 2007 on all counsel or parties of record on the service list below:

Michael Bernstein, Esquire, 1140 Bayview Drive, Ft. Lauderdale, FL 33304

/s/ Jeffrey F. Mahl
Jeffrey F. Mahl

Case 0:05-cv-61785-WPD Document 82 Entered on FLSD Docket 08/22/2007 Page 3 of 4

AUG-20-2007 02:05 FROM:MICHAEL BERNSTEIN 95-0018534 TO:5618375102
08/17/2007 15:45    5618375102                    OFFICE OF ATTY GENER                    PAGE 02/03

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-61785-CV-DIMITROULEAS/SELTZER

MICHAEL S. SUSSMAN,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,
FLORIDA HIGHWAY PATROL,
MICHAEL R. OLACIREGUI, AUSTIN
BENNETT, JOHN DOE, and
ADDITIONAL UNKNOWN PARTIES,

    Defendants.
_____/

## SETTLEMENT STIPULATION AND STIPULATION TO DISMISS CASE

The Parties jointly file this settlement stipulation and report the settlement of this case to the Court and state:

1. A mediation was held on this case on August 15, 2007 at Mediation Inc. in West Palm Beach.

2. The case settled at mediation in its entirety. A settlement agreement was executed by the parties.

3. The parties agree that all issues before this court have settled and there are no issues remaining to be tried.

1

4. The parties agree that based upon the settlement this case should be dismissed with prejudice.

Respectfully submitted,
BILL McCOLLUM
ATTORNEY GENERAL

_____
Jeffrey F. Mahl (Fla. Bar No: 0743940)
Senior Assistant Attorney General
jeffrey_mahl@oag.state.fl.us
OFFICE OF THE ATTORNEY GENERAL
1515 North Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Telephone:   561-837-5000
Facsimile:    561-837-5102
Attorney for Defendants

_____
Michael Bernstein, (FL Bar. No: 332951)
1140 Bayview Drive
Fort Lauderdale FL 33304.
Attorney for Plaintiff

2