UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**MICHAEL S. SUSSMAN**
    Plaintiff,

vs

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY, et al.**
    Defendant,
_____/

**CASE NO: 0561785CIVDIMITROULEAS**

**MEDIATION REPORT**

Type of Case: Other Civil

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Thomas Grimmett, Esquire of MEDIATION, INC., on August 15, 2007.

The following were present:
    All Plaintiffs and Plaintiff Trial Counsel

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:
    Case completely SETTLED. Counsel were directed to submit Agreement, Stipulation for Dismissal, or other Final Disposition to the Court as soon as possible.

Copies furnished by U.S. Mail to:
    Michael A. Bernstein, Esquire

    Jeffrey F. Mahl, Esquire

RESPECTFULLY SUBMITTED on August 28, 2007.

_____
JAMES B. CHAPLIN, ESQUIRE
for Thomas Grimmett
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
          (800) 741-7000